USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 03/23/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Zhihui Qin,

                    Plaintiff,

-against-

U.S. Department of Homeland Security,

                    Defendant.

1:23-cv-01787 (SDA)

ORDER FOR
<u>TELEPHONE CONFERENCE</u>

**STEWART D. AARON, United States Magistrate Judge:**

       The parties are directed to appear for a telephone conference on Monday, April 3, 2023, at 2:00 p.m. EST to discuss the status of this action. At the scheduled time, the parties shall each separately call (888) 278-0296 (or (214) 765-0479) and enter access code 6489745.

**SO ORDERED.**

Dated:     New York, New York
             March 23, 2023

_____
STEWART D. AARON
United States Magistrate Judge