UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------------x

ZHIHUI QIN,

                Plaintiff,

      v.

U.S. DEPARTMENT OF HOMELAND SECURITY,

                Defendant.

--------------------------------------------------------------------x

| USDC SDNY |
| --- |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: |
| DATE FILED: 5/4/2023 |

Civil Action No.
CV-23-1787

### PLAINTIFF'S NOTICE OF DISMISSAL OF COMPLAINT


      Plaintiff Zhihui Qin, hereby dismisses this action against defendant U.S. Department of Homeland Security without prejudice.


Dated: Flushing, New York
       May 2, 2023

                       LI HAN, ESQ.
                       *Attorney for Plaintiff*
                       13620 38th Avenue
                       Suite 3A1
                       Flushing, New York 11354

           By:    /s/    Li Han
                Li Han, Esq.
                (516) 208-4562
                yiweilawfirm@gmail.com

SO ORDERED:

Hon. Stewart D. Aaron
United States Magistrate Judge